UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM STANLEY MIESEGAES,<br><br>    Petitioner,<br><br>  v.<br><br>KAMALA HARRIS, et al.,<br><br>    Respondents.                    / | No. C 15-0995 MEJ (PR)<br><br>**ORDER OF DISMISSAL** |

    On March 3, 2015, petitioner, a state prisoner proceeding pro se, filed a federal petition for writ of habeas corpus. On June 12, 2015, the Court denied petitioner's motion for leave to proceed and ordered him to pay the $5.00 filing fee by July 10, 2015 or face dismissal of this action. The deadline has now passed, and petitioner has not paid the filing fee or otherwise communicated with the Court. Accordingly, this action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

    IT IS SO ORDERED.

DATED: JULY 20, 2015

Maria-Elena James
United States Magistrate Judge