UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VADIM STANLEY MIESEGAES,

    Petitioner,

v.

KAMALA HARRIS, et al.,

    Respondents.

                                               /

No. C 15-0995 MEJ (PR)

**JUDGMENT**

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED AND ADJUDGED.

DATED: JULY 20, 2015

Maria-Elena James
United States Magistrate Judge