UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM STANLEY MIESEGAES,<br><br>  Petitioner,<br><br> v.<br><br>KAMALA HARRIS, et al.,<br><br>  Respondents. | No. C 15-0995 MEJ (PR)<br><br>**ORDER VACATING JUDGMENT; RE-OPENING CASE; GRANTING EXTENSION OF TIME TO PAY FILING FEE**<br><br>Docket No. 12 |

On March 3, 2015, petitioner, a state prisoner proceeding pro se, filed a federal petition for writ of habeas corpus. On June 12, 2015, the Court denied petitioner's motion for leave to proceed in forma pauperis ("IFP") and ordered him to pay the $5.00 filing fee by July 10, 2015 or face dismissal of this action. On July 20, 2015, the Court dismissed this action for failure to timely pay the filing fee.

On July 23, 2015, petitioner filed a request for extension of time to pay the filing fee. Petitioner represents that he did not receive the Court order denying his IFP motion until July 16, 2015.

Accepting as true petitioner's statements that the late filing was due to circumstances beyond his control, the action is hereby REOPENED. The order of dismissal (Docket No. 10) and judgment (Docket No. 11) are VACATED.

Petitioner must pay the $5.00 filing fee no later than **September 30, 2015** or again face dismissal of this action for failure to pay the filing fee. Upon receipt of the filing fee, the Court will screen the petition to determine whether he has stated a cognizable claim for relief.

This order terminates Docket No. 12.

IT IS SO ORDERED.

DATED: July 29, 2015

Maria-Elena James
United States Magistrate Judge

2